**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>v.<br><br>**WILLIAM SYLVESTER,**<br><br>      Defendant. | CASE NO.: 2:19-cr-00107-KJM |

**APPLICATION FOR WRIT OF HABEAS CORPUS (AMENDED)**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   ☒ Ad Prosequendum       ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | William Sylvester, CDCR No. H71192 | |
| Detained at | California State Prison, Sacramento | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: RICO Conspiracy, conspiracy to murder, and drug trafficking crimes. | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of the guilty plea hearing | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges and federal prison sentence, if any, has been served. | |

*As soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Assistant U.S. Attorney Jason Hitt – 916-554-2700 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**
   ☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated:   June 19, 2019

                    /s/ Allison Claire
                    Honorable Allison Claire
                    U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | Billy from Norco | ☒ Male | ☐ Female |
| Offender ID: | CDCR No. H71192 | Race: | Caucasian |
| Facility Address: | 100 Prison Road, Represa, California 95671 | | |
| Facility Phone: | (916) 985-8610 | | |
| Currently | In custody of the State of California | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                       (signature)