MARK F. FLEMING
LAW OFFICES OF MARK F. FLEMING
California Bar #165770
1470 Encinitas Blvd, #133
Encinitas, California 92024
mark@markfleminglaw.com
Attorney for Defendant William Sylvester

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr-107-KJM |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO WITHDRAW AS COUNSEL FOR WILLIAM SYLVESTER AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| WILLIAM SYLVESTER (3), | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Mark Fleming, CJA appointed learned counsel for Defendant William Sylvester, hereby moves to withdraw as counsel for Mr. Sylvester. This motion is based on the attached Declaration of Counsel. A Word version of the proposed order attached hereto will also be emailed concurrently to chambers pursuant to Local Rule 137(b).

Dated: September 9, 2023          Respectfully submitted,

*/s/ Mark Fleming*
Mark Fleming
Attorney for William Sylvester

1

MARK F. FLEMING
LAW OFFICES OF MARK F. FLEMING
California Bar #165770
1470 Encinitas Blvd, #133
Encinitas, California 92024
(619) 300-6202
mark@markfleminglaw.com

Attorney for Defendant William Sylvester

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-107-KJM |
| Plaintiff, | DECLARATION OF MARK FLEMING IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR WILLIAM SYLVESTER |
| v. | |
| WILLIAM SYLVESTER, | |
| Defendant. | |

I, Mark Fleming, declare that:

1) I have served as learned counsel for Mr. Sylvester, along with lead counsel Hayes Gable, since my appointment by this Court in December of 2019.

2) After my appointment, I began working on civil rights and mass tort fire litigation with Singleton Schreiber, a San Diego plaintiff firm, where I am currently Of Counsel. I have no criminal cases other than this one.

2

3) I was recently offered a full-time position as a partner at my firm, with responsibility for the representation of over 200 victims of the wildfires that devastated the town of Lahaina last month. My new responsibilities at the firm will require all my time and involve frequent, extended travel to Maui. I unfortunately am not able to continue to represent Mr. Sylvester upon accepting this new position.

4) Since 2004, I have served as learned counsel on over 20 federal death penalty cases. This is the first time I have sought to withdraw from a case, and I do so with a great deal of reluctance.

5) I have consulted with Capital Resource Counsel Mark Donatelli and Sacramento Federal Defender Heather Williams about my request to withdraw and a possible substitution of learned counsel. It is my understanding that Ms. Williams has a highly qualified recommendation of learned counsel for Mr. Sylvester, who is willing to immediately accept the appointment. Should the Court grant my request I believe a recommendation for substitution of learned counsel will be filed without delay.

The foregoing facts are true and correct. Signed on September 9, 2023 in San Diego, California.

                By /s/ *Mark Fleming*
                Attorney for William Sylvester

MARK F. FLEMING
LAW OFFICES OF MARK F. FLEMING
California Bar #165770
1470 Encinitas Blvd, #133
Encinitas, California 92024
(619) 300-6202
mark@markfleminglaw.com

Attorney for Defendant William Sylvester

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19-cr-107-KJM |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR WILLIAM SYLVESTER |
| v. | ) | |
| WILLIAM SYLVESTER | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, Mark Fleming is hereby relived as counsel for William Sylvester in this action.

**SO ORDERED.**

DATED: _____
THE HONORABLE KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE

4