MARK F. FLEMING
LAW OFFICES OF MARK F. FLEMING
California Bar #165770
1470 Encinitas Blvd, #133
Encinitas, California 92024
(619) 300-6202
mark@markfleminglaw.com

Attorney for Defendant William Sylvester

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-107-KJM |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR WILLIAM SYLVESTER |
| v. | |
| WILLIAM SYLVESTER, | |
| Defendant. | |

GOOD CAUSE APPEARING, Mark Fleming is hereby relieved as counsel for William Sylvester in this action. Mr. Sylvester will continue to be represented by Hayes H. Gable, III. Current counsel for Mr. Sylvester is directed to file a proposed order appointing new learned counsel **within seven days**, with new counsel appointed nunc pro tunc to September 1, 2023.

**SO ORDERED.**

DATED: October 9, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

1