UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-cr-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO FILE DOCUMENTS EX PARTE AND UNDER SEAL |
| WILLIAM SYLVESTER, | |
| Defendant. | |

An application for an Order to File Documents Under Seal having been made in the above-entitled matter, and the Court being fully advised and good cause appearing, it is HEREBY ORDERED that the following items be filed ex parte and under seal and their confidentiality maintained:

1. One Federal Rule of Criminal Procedure 17(c) Application and Request to Seal submitted to chambers on August 8, 2023;
2. The Rule 17(c) subpoena and attachment;
3. The Court's detailed order granting the subpoena application and request to seal.

SO ORDERED.

Dated: October 16, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1