IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM SYLVESTER,<br><br>    Defendant | Case No.: 2:19-CR-107 KJM<br><br>ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING NEW LEARNED COUNSEL |

      The court has reviewed the motion to withdraw by Mark Fleming, ECF No. 1614, who was appointed to represent defendant William Sylvester alongside Hayes H. Gable III. Additionally, the court has considered the statements made by Mr. Fleming at the hearing on September 20, 2023.

      GOOD CAUSE APPEARING, the motion to withdraw is **granted.  Mark Fleming is hereby relieved as counsel for William Sylvester in this action.**

      Mr. Sylvester will continue to be represented by Mr. Gable, but he requests the appointment of additional counsel with expertise similar to Mr. Fleming's.  After consulting Eastern District of California Federal Defender Heather Williams and Capital Resource Counsel Mark Donatelli, Mr. Gable requests that the court appoint Knut Johnson. Having reviewed the request to appoint Mr. Johnson and satisfied Mr. Sylvester is financially unable to retain counsel, **the court appoints Knut Johnson as co-counsel**, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599. Mr. Johnson is appointed at the high end of the prevailing range for capital counsel (currently $202/hour). This rate will be reduced to the prevailing non-capital rate (currently $158/hour) should the case become non-capital in the future.  This order is nunc pro tunc to September 1, 2023.

DATED:  October 23, 2023.

CHIEF UNITED STATES DISTRICT JUDGE