J-44149

RICHARDSON, R

DOB

Wht
CSP SAC   07/13/10

GOVERNMENT'S TRIAL EXHIBIT
2:19-cr-0107-KJM
432

AB_00108493

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**INDETERMINATE SENTENCE**  CR 292

J44149   9404090177

- [XX] SUPERIOR
- [ ] MUNICIPAL
- [ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **SAN BERNARDINO**

COURT (I.D.) **1 3 6 1 1 4 0**
BRANCH OR JUDICIAL DISTRICT: **JOSHUA TREE**

FILED-East Desert District
San Bernardino County Clerk
DEC 6 1994
ENTERED INTO OBIS
By: _____ Deputy

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **RICHARDSON, RONALD**  DEF 001
AKA:
- [XX] PRESENT
- [ ] NOT PRESENT

FMB 0065 - A
- C
- D
- E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
AMENDED ABSTRACT [ ]

DATE OF HEARING: **11/15/94**  DEPT. NO. **EDD 1**  JUDGE: **JAMES C MCGUIRE**  CLERK: **R MENDOZA**
REPORTER: **G RAGLE JR**  COUNSEL FOR PEOPLE: **L ROOT**  COUNSEL FOR DEFENDANT: **J BYNUM**  PROBATION NO. OR PROBATION OFFICER: **N/A**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(A) | 2ND DEG MURDER | 94 | 11 | 15 | 94 | | | X | | X | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC12022.5 | 3 | | | | | | | | | 3 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS...

(empty)

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. [ ] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ____
   B. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts ____
   C. [X] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts **1**
   D. [ ] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ____
   E. [ ] For other term prescribed by law on counts ____ (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.

5. Indeterminate sentence shown on this abstract to be served ____ consecutive to [ ] concurrent with any prior incompleted sentence(s).

6. Other Orders:
   **DEFENDANT IS TO SERVE 3 YEAR ENHANCEMENT SENTENCE FOLLOWED BY INDETERMINATE SENTENCE OF 15 TO LIFE (PC187(A))**

7. [ ] The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   A. [XX] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. [ ] OTHER ____

9. DATE OF SENTENCE PRONOUNCED: **11/15/94**  CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS **306** INCLUDING: ACTUAL LOCAL TIME **204** LOCAL CONDUCT CREDITS **102**  STATE INSTITUTIONS: [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [XX] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN-FRONTERA
    [ ] CCWF-CHOWCHILLA
    [XX] CALIF. INSTITUTIONS FOR MEN-CHINO
    [ ] DEUEL VOC. INST.
    [ ] SAN QUENTIN
    [ ] R.J. DONAVAN
    [ ] OTHER (SPECIFY)

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _____  TWILA J QUINN  DATE: 12/06/94

This form is prescribed under Penal Code § 1213.5...

Form Approved by the Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292  Pen. C. § 1213.5

DISTRIBUTION  PINK COPY—COURT FILE  YELLOW COPY—DEPARTMENT OF CORRECTIONS  WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

GOVERNMENT'S TRIAL EXHIBIT
2:19-cr-0107-KJM
432-002

AB_00108495

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

CR-290

☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF KINGS
☐ MUNICIPAL BRANCH OR JUDICIAL DISTRICT

| PEOPLE OF THE STATE OF CALIFORNIA vs. | DOB: | 01CM 7590 | -A |
| DEFENDANT: RONALD RICHARDSON | | | |
| AKA: | | | -B |
| CII#: A10752635 | | | |
| BOOKING #: J-44149 | ☐ NOT PRESENT | | -C |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT | | -D |

| DATE OF HEARING | DEPT. NO. | JUDGE |
| 05-31-02 | 004 | Court Commissioner: James LaPorte |
| CLERK DARLENE GOUMAS | REPORTER HEIDI BENAVIDES | PROBATION NO. OR PROBATION OFFICER GABRIELA HERRERA |
| COUNSEL FOR PEOPLE MELINA BENNIGHOFF | | COUNSEL FOR DEFENDANT DAVID LEE ☒ APPTD |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 4502 | POSS OF WEAPON IN PRISON | 2001 | 05-02-02 | X | | | M | | | X | | | | 6 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☒ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| SAN BERNADINO | FMB 0065 |

6. TOTAL TIME ON ATTACHED PAGES: ___

7. ☒ Additional indeterminate term (see CR-292).

8. TOTAL TIME: 6 | 0

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.
(Continued on reverse)

Form Adopted by the Judicial Council of California
CR-290 (Rev. January 1, 1999)

ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]

Penal Code §§ 1213, 1213.5

GOVERNMENT'S TRIAL EXHIBIT
2:19-cr-0107-KJM
432-003

AB_00108497

Page 2 of 4
Case 2:19-cr-00107-KJM   Document 2064-1   Filed 03/27/24   Page 4 of 5

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **RONALD RICHARDSON**

| 01CM 7590 | -A | | -B | | -C | | -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $_____ per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $_____ per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $_____ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 11, below.)
      (1) ☐ Amount to be determined.
      (2) ☐ Interest rate of: __% (not to exceed 10% per PC 1202.4(f)(3)(F)).
   d. ☐ LAB FEE of: $____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of $___ per PC 1202.5.

10. TESTING
    a. ☐ AIDS pursuant to    ☐ PC 1202.1    ☐ other (specify):
    b. ☐ DNA pursuant to     ☐ PC 290.2     ☐ other (specify):

11. Other orders (specify):
    **DEFENDANT IS TO SERVE 3 YEAR ENHANCEMENT SENTENCE FOLLOWED BY INDERTERMINATE SENTENCE OF 15 TO LIFE (PC187(A))**

12. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| -A | | 0 | 0 | ☐ 4019 / ☐ 2933.1 |
| -B | | | | ☐ 4019 / ☐ 2933.1 |
| -C | | | | ☐ 4019 / ☐ 2933.1 |
| -D | | | | ☐ 4019 / ☐ 2933.1 |

DATE SENTENCE PRONOUNCED: - -

SERVED TIME IN STATE INSTITUTION: ☐ DMH   ☐ CDC   ☐ CRC

14. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

    To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.
    ☐ other (specify):

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: **DARLENE GOUMAS**   DATE: 06-07-02

CR-292 (Rev. January 1, 1999)   ABSTRACT OF JUDGMENT - PRISON COMMITMENT – INDETERMINATE   Page two

H:/CLERKS/ABSTRACT/CR292

GOVERNMENT'S TRIAL EXHIBIT
2:19-cr-0107-KJM
432-004

AB_00108499

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED]*

☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF **KINGS**
☐ MUNICIPAL BRANCH OR JUDICIAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **RONALD RICHARDSON**
AKA:
CII#: **A10752636**
BOOKING #: **J-44149**
DOB: [redacted]

Case No.: **01CM 7590** -A / -B / -C / -D

☐ NOT PRESENT
☐ AMENDED ABSTRACT
COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 05-31-02 | 004 | Court Commissioner: James LaPorte |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| DARLENE GOUMAS | HEIDI BENAVIDES | GABRIELA HERRERA |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☒ APPTD. |
|---|---|---|
| MELINA BENNINGHOFF | DAVID LEE | |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1N | PC | 187(A) | 2ND DEG MURDER | 1994 | 11-15-94 | | | X | | X | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1N | PC12022.5 | 3 | | | | | | | 3 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM:
4. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts
5. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts
6. ☒ For **15** years to life, WITH POSSIBILITY OF PAROLE on counts **1** PLUS enhancement time shown above.
7. ☐ Additional determinate term (see CR-290).
8. Defendant was sentenced pursuant to ☐ PC 667(b)-(i) or PC 1170.12  ☐ PC 667.61  ☐ PC 667.7  ☐ PC 667.9
   ☐ other (specify):

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.
*(Continued on reverse)*

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED]*

Form Adopted by the Judicial Council of California
CR-292 (Rev. January 1, 1999)
Penal Code §§ 1213, 1213.

GOVERNMENT'S TRIAL EXHIBIT
2:19-cr-0107-KJM
432-005

AB_00108505