KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau, P.C.
1966 Tice Valley Blvd., #189
Walnut Creek, California 94595-2203

Email: karenlandau@karenlandau.com

Attorney for Defendant William Lee Sylvester

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>William Lee Sylvester,<br><br>   Defendant. | 2:19-cr-107-KJM<br><br>Order Granting Access To Sealed Transcripts |

GOOD CAUSE APPEARING, on motion of counsel Karen L. Landau, access to the transcript of the sealed proceedings of hearings occurring on December 5, 2023, December 20, 2023, March 13, 2024, March 18, 2024, and March 28, 2024, is granted.

The court reporters are directed to provide to counsel Karen L. Landau, contact information provided above, transcripts of the sealed proceedings. The original of these transcripts should be filed and maintained under seal. Counsel shall not disclose the transcripts to anyone else, including her client.

IT IS SO ORDERED.

Dated:  February 28, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE