KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau, P.C.
1966 Tice Valley Blvd., #189
Walnut Creek, California 94595-2203

Email: karenlandau@karenlandau.com

Attorney for Defendant William Lee Sylvester

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) 2:19-cr-107-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) Order Granting Access To Nonpublic Docket for Appellate Representation |
| William Lee Sylvester, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, on motion of counsel Karen L. Landau, access to the nonpublic docket in this case is granted.

The Clerk of this Court shall provide attorney Karen L. Landau with a copy of the unredacted nonpublic docket in electronic format. Counsel shall not disclose the document to anyone else, including her client.

IT IS SO ORDERED.

Dated: March 11, 2025.

UNITED STATES DISTRICT JUDGE