KAREN L. LANDAU, CSB # 128728
Law Office of Karen L. Landau, P.C.
1966 Tice Valley Blvd., #189
Walnut Creek, California 94595-2203

Email: karenlandau@karenlandau.com

Attorney for Defendant William Lee Sylvester

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | 2:19-cr-107-KJM |
| Plaintiff, | |
| vs. | Order Directing Production of Sealed Transcript |
| William Lee Sylvester, | |
| Defendant. | |

GOOD CAUSE APPEARING, on motion of counsel Karen L. Landau, court reporter Diane Shepard shall prepare a transcript of the in camera proceedings held on January 8, 2020.

The court reporter is directed to provide to counsel Karen L. Landau, contact information provided above, a transcript of the sealed proceeding. The original of these transcript should be filed and maintained under seal.

IT IS SO ORDERED.

Dated: May 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1